## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW MEXICO

| | |
|---|---|
| CODY LICON, Individually and For Others Similarly Situated | Case No. 1:19-cv-1130 |
| v. | JURY TRIAL DEMANDED |
| BOS SOLUTIONS, INC. | CLASS AND COLLECTIVE ACTION |

## ORDER GRANTING
## JOINT MOTION TO FILE
## CONFIDENTIAL SETTLEMENT UNDER SEAL

Before the Court is the Parties' Joint Motion File Confidential Settlement Under Seal (the Motion). Having carefully reviewed and considered the Motion, and finding good cause for the requested relief, the Court is of the opinion that the Motion should be GRANTED.

It is so ORDERED.

__2/26/20__
DATE

_____
UNITED STATES DISTRICT JUDGE

1