UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| CODY LICON, Individually and For Others Similarly Situated | Case No. 1:19-cv-1130 |
| | JURY TRIAL DEMANDED |
| v. | |
| | CLASS AND COLLECTIVE ACTION |
| BOS SOLUTIONS, INC. | |

ORDER GRANTING
JOINT MOTION TO APPROVE FLSA
SETTLEMENT AND DISMISS LAWSUIT WITH PREJUDICE

Before the Court is the Parties' Joint Motion to Approve FLSA Settlement and Dismiss Lawsuit with Prejudice (the Motion). For the reasons stated herein, it is hereby ORDERED as follows:

1. The Court has reviewed the Parties' Motion and supporting documents and finds that the Motion should be, and is, GRANTED.

2. The Court finds the Settlement Agreement is fair and reasonable to both Parties.

3. The Court finds the amount to be paid as attorneys' fees and costs are reasonable.

4. The Court approves the Settlement, including all of the terms set forth in the Settlement Agreement attached as <u>Exhibit 1</u> to the Motion.

5. All claims against BOS in this action will be dismissed with prejudice as provided by the Settlement Agreement.

It is so ORDERED.

2/26/20
_____
DATE

_____
UNITED STATES DISTRICT JUDGE

1