IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CODY LINCON, individually and for
others similarly situated,

       Plaintiff,

vs.                                                                           No. CIV 19-1130 JB\KK

BOS SOLUTIONS, INC.,

       Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Order Granting Joint Motion to Approve FLSA Settlement and Dismiss Lawsuit With Prejudice, filed February 26, 2020 (Doc. 20)("Order").  In the Order, the Court "approves the Settlement, including all of the terms set forth in the Settlement Agreement," and states that "[a]ll claims against BOS in this action will be dismissed with prejudice as provided by the Settlement Agreement."  See Order at 1.  With no more claims, issues, or parties before the Court, the Court dismisses this case and enters Final Judgment.

**IT IS ORDERED** that: (i) the Plaintiff's Original Class and Collective Action Complaint, filed December 3, 2019 (Doc. 1), is dismissed with prejudice; and (ii) Final Judgment is entered.

 

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Michael A. Josephson
Josephson Dunlap Law Firm
Houston, Texas

--and--

Richard Burch
Bruckner and Burch PLLC
Houston, Texas

    *Attorneys for the Plaintiff*

Michael J. Muskat
Daniel Lenhoff
Muskat Mahoney & Devine, LLP
Houston, Texas

    *Attorneys for the Defendant*